UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Dawn Scovill</u>

    v.                                    Civil No. 08-cv-00226-JL

<u>Stephanie Gray</u>


<u>**O R D E R**</u>


    The parties shall file a single Discovery Plan as contemplated by Rule 26(f) and Local Rule 26.1, indicating areas of disagreement where applicable.  The court does not wish to create undue extra work for counsel, but a single plan, even with areas of disagreement noted, facilitates the efficiency of the Preliminary Pretrial Conference, as well as the court's drafting of the follow-up order resolving any areas of disagreement.


    **SO ORDERED.**

                                                      _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Dated:  August 6, 2008

cc:  David P. Cullenberg, Esq.
     Wilfred J. Desmarais, Jr., Esq.