UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Dawn Scovill</u>

    v.                               Civil No. 08-cv-00226-JL

<u>Stephanie Gray</u>


**<u>O R D E R</u>**


The Preliminary Pretrial Conference was held in chambers on August 25, 2008.

The Discovery Plan (document no. 12) is approved as submitted, with the following changes in deadlines:

**<u>DISCOVERY</u>**

**TRACK ASSIGNMENT**:   Expedited - 6 Month Track - **February 2009**

**CLAIMS OF PRIVILEGE/PROTECTION OF TRIAL PREPARATION MATERIALS (Fed. R. Civ. P. 26(f))**:

    Any discovery produced, electronic or otherwise, containing privileged information or attorney work product shall be immediately returned if the documents appear on their face to have been inadvertently produced or if there is notice of the inadvertent production.  All copies of said inadvertently produced discovery shall be returned or destroyed by the receiving party.  In all circumstances, Rule 26(b)(5)(B) shall apply.

**COMPLETION OF DISCOVERY: December 21, 2008**

**REQUESTS FOR ADMISSION:   November 30, 2008**

**DEPOSITIONS:**  December 21, 2008

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

   Plaintiff's Expert Disclosure:  **October 1, 2008**

   Defendant's Expert Disclosure:  **December 1, 2008**

   Depositions of Plaintiff's Experts:  **December 21, 2008**

   Depositions of Defendant's Experts:  **December 21, 2008**

   Supplementations under Fed. R. Civ. P. 26(e) are due 15 days prior to the close of discovery.

**CHALLENGES TO EXPERT TESTIMONY (both):**  December 30, 2008

## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:**  November 1, 2008

**THIRD PARTY ACTIONS:**  November 1, 2008

**AMENDMENT OF PLEADINGS:**  November 1, 2008

**DISPOSITIVE MOTIONS:**

   Motions for Summary Judgment:  **October 1, 2008**

**MEDIATION:**

   The parties will notify the court by **December 1, 2008**, regarding their plans for mediation.  Any party declining to participate shall show good cause why mediation is not appropriate for this case.

**TRIAL ESTIMATE:**

   2-3 days

**TRIAL DATE:**

   **February 3, 2009**

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated:  August 25, 2008

cc:   David P. Cullenberg, Esq.
      Wilfred J. Desmarais, Jr., Esq.